**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 24-6599**

―――――――――――

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JASON DIX,

        Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:18-cr-00958-JFA-1)

―――――――――――

Submitted:  June 26, 2026                    Decided:  July 2, 2026

―――――――――――

Before THACKER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

**ON BRIEF:**  Kimberly H. Albro, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Columbia, South Carolina, for Appellant.  Adair F. Boroughs, United States Attorney, Jonathan Scott Matthews, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Dix appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We previously placed this appeal in abeyance for *United States v. Davis*, 177 F.4th 549, (4th Cir. 2026). While the appeal was in abeyance, Dix was released from imprisonment. Accordingly, this appeal is now moot. *See id.* at 550–51. (holding defendant's release from custody renders moot appeal from denial of § 3582(c)(2) motion because that statute "authorizes a court only to reduce the term of imprisonment" (internal quotation marks omitted)). Accordingly, we dismiss this appeal as moot.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2